No. 10M75. EVANS *v.* SUTER, CLERK, SUPREME COURT OF THE UNITED STATES, ET AL.;

No. 10M76.   GUERRA *v.* FELKER, WARDEN; and
No. 10M78.   SHAW *v.* COUGHLIN ET AL.   Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.